IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:20-cv-00061-M

DENNIS T. SHEPARD, )
)
Plaintiff, )
)
v. ) **ORDER**
)
ANDREW SAUL, COMMISSIONER OF )
SOCIAL SECURITY, )
)
Defendant. )

This matter comes before the court on Defendant's motion seeking an order reversing its decision regarding Plaintiff's Social Security claims and remanding this case pursuant to sentence four of 42 U.S.C. § 405(g) for "further administrative action[,]" which Defendant filed on February 1, 2021. [DE-24] Within his motion, Defendant notes that Plaintiff consents to the remand. [DE-24]

Because the parties agree that additional administrative proceedings are required, Defendant's motion is GRANTED. Defendant's decision regarding Plaintiff's claims is REVERSED, the case is REMANDED to Defendant for additional proceedings, and all other motions pending on the docket are DISMISSED AS MOOT.

SO ORDERED this the 4th day of February, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

1